Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

PATRICK JACQUES

MAR - 3 2022

*Your full name*

U.S. DISTRICT COURT-WVND
WHEELING. WV 26003

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

3:22-cv-31

v.

Civil Action No.: ~~5:22-CV-11~~

*(To be assigned by the Clerk of Court)*

CO. DAUGHRETY

Groh, Trumble, Sims

*Enter above the full name of defendant(s) in this action*

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Name of Plaintiff: PATRICK JACQUES     Inmate No.: 06302-104
Address: United States Penitentiary - LEE
Po box 305, Jonesville VA 24263

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

CO. DAUGHRETY , Property officer USP HAZELTON, Po box 2000 BRUTON MILLS W-VA
25625

**Attachment A**

B.     Name of Defendant: *CO. DAUGHRETY*
       Position: *PROPERTY Officer*
       Place of Employment: *USP HAZELTON*
       Address: *Po box 3000*

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☑ Yes          ☐ No

If your answer is "YES," briefly explain: *He was Issuing out*
*Federal Property.*

_____
_____

B.1    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____
_____
_____
_____

B.2    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.3    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?    □ Yes         □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____

B.4    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?    □ Yes         □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____

Attachment A

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    □ Yes         □ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _United STATes PeniTenTiARy Lee_____

      A.    Is this where the events concerning your complaint took place?
            □ Yes      ☑ No

            If you answered "NO," where did the events occur?
            _United STATes PeniTentiARy HAZelTon_____

      B.    Is there a prisoner grievance procedure in the institution
            where the events occurred?      ☑ Yes       □ No

      C.    Did you file a grievance concerning the facts relating to this complaint in the
            prisoner grievance procedure?
            ☑ Yes       □ No

      D.    If your answer is "NO," explain why not: _____
            _____
            _____
            _____

      E.    If your answer is "YES," identify the administrative grievance procedure
            number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _BP8 - No Response_

LEVEL 2 _BP9 - No Response_

LEVEL 3 _BP10 - No Response_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☑ Yes          ☐ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _PATRICK JACQUES_

Defendant(s): _Hill et Al_

2.   Court: _Central District of California_
(If federal court, name the district; if state court, name the county)

3.   Case Number: _5:21-CV-00803-JAK-AFM_

4.   Basic Claim Made/Issues Raised: _____

5.   Name of Judge(s) to whom case was assigned:
_Magistrate Judge Alexander F. MacKinnon_

6.   Disposition: _Dismissed_
(For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing lawsuit: _April-28-2021_

**Attachment A**

8.    Approximate date of disposition. Attach Copies: *9-15-2021*

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes         ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?
☑ Yes         ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
*BP8*
*BP9*
*BP 10*

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): *PATRICK JACQueS*

Defendant(s): *CO. DAUGhRety*

2.   Name and location of court and case number:

_____

_____

_____

3.   Grounds for dismissal:   □ frivolous   □ malicious
      □ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: *I WAS BeateN By CO. DAUGhRety. while in hANdCuffs.*

_____

_____

_____

_____

Supporting Facts: *ON 11-28-2021 9:45 AM CAMERA footAGe of This*

**Attachment A**

Incident will show I was pulled out of cell on Range 5 cell 233 And Assault me in A Blind spot off camera.

CLAIM 2: I had A flashlight put in my ANAl By CO. Naughrety.

Supporting Facts: if I was Examined As of today I Am still going threw it medically in my ANAl.

CLAIM 3: I was placed in A cell in pAper clothing for 14 dAys Not showering or properly fed...

Supporting Facts: See camera footage on 11-28-2021 Til 12-10-2021 of Range 5 cell 233 will show this is true.

CLAIM 4: For days my food was throwed threw feeding slot on the floor like I was An Animal

Supporting Facts: See camera footage of my cell on 11-28-2021 - 12-10-2021

**Attachment A**

CLAIM 5: _I was assaulted by Co. Daughrety's coworkers many times due to his actions_

Supporting Facts: _Camera footage will show the blind spot I was transported to everytime..._

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.
_My anal was tormented and I cant produce normal bowel movement its always blood in my stool._

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._
_I would like to have my issue accepted to the courts as a class action civil suit because even my family was affected by this situation my father heard how I was abused and was hospitalized and eventually died from the stress of not being able to help me in the situation. I would like to sue for 500 thousand dollars cause my father is irreplaceble he was my financial help threw out my course of incarceration.._

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _United States Penitentiary Lee_ on ___2-24-22___.
             (Location)                        (Date)


_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_PATRICK JACQUES_

_Your full name_

v.

_CO. DAughRety_

Civil Action No.: _3:22-cv-31_

_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, _PATRick JACQues_ (your name here), appearing _pro se_, hereby certify that I have served the foregoing _Bivens Action_ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _2-24-22_ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)